Dennis Yan (Bar No. 257854)
595 Market St. #1350
San Francisco, CA 94105
Telephone  (415) 867-5797
Facsimile   (415) 901-0650
Proposed Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

IN RE:

Meridian Shopping Center, LLC,

    Debtor.

Case No.: 12-50380 SLJ 11

Chapter 11

APPLICATION FOR EMPLOYMENT OF ATTORNEY FOR DEBTOR AND DEBTOR IN POSSESSION

Meridian Shopping Center, LLC, Debtor and Debtor in possession herein, respectfully represents:

1. On January 18, 2012, Debtor filed a petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. Debtor wishes to employ Dennis Yan ("Attorney") to assist with the preparation of Debtor's Chapter 11 petition, preparation of schedules, to provide advice and counseling as to the bankruptcy proceedings, respond to court documents and pleadings, to prepare a Chapter 11 plan and disclosure statement, to attend court hearings on Debtor's behalf, and to prepare a final decree.

3. Debtor wishes to employ the Attorney, and Attorney has agreed to work on hourly basis at $250/hour.  No payment was made to Attorney prior to filing of petition, and all attorney fees must be approved by the court prior to being paid, in compliance with Bankruptcy Rule 2016.

4. To the best of Debtor's knowledge, neither Attorney nor any member of his office has any interest adverse in this case or in any of the matters upon which he is to be engaged, and Debtor believe Attorney's employment would be in the best interests of this estate.  Further,

- 1

neither Attorney nor any member of his office is an insider, has or holds any interests of ours, is related to us in any way except as our attorney and otherwise has no stake in our assets or liabilities. Further, neither Attorney nor any member of his staff is related to us, or our accountants or attorneys, except as our attorney, or to debtor's creditors, or their respective attorneys or accountants, to the U.S. trustee, the trustee's staff or members of its office, or any other party in interest.

WHEREFORE, Debtor pray that Debtor be authorized to employ Dennis Yan as attorney.

Respectfully submitted,

Dated – January 24, 2012                    /S/ **JOHN WYNN**
                                            ---------------------------------------------------------------
                                            RESPONSIBLE INDIVIDUAL